**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of Maryland
(State)

Case number (*If known*): _____  Chapter  11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | QT Hau LLC |
| 2. | All other names debtor used in the last 8 years  Include any assumed names, trade names, and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 8 3 – 2 8 1 1 6 7 4 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 3226 Greenmount Avenue  Number    Street | _____  Number    Street |
| | P.O. Box |
| Baltimore    MD    21218  City    State    ZIP Code | City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Baltimore City  County | Number    Street |
| | City    State    ZIP Code |

5. Debtor's website (URL)  _____

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 1

Debtor  **QT Hau LLC**
         Name

Case number (*if known*)_____

6. **Type of debtor**

   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ❑ Partnership (excluding LLP)
   ❑ Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*

   ❑ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ❑ Railroad (as defined in 11 U.S.C. § 101(44))
   ❑ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ❑ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ❑ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ❑ None of the above

   B. *Check all that apply:*

   ❑ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ❑ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ❑ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   __ __ __ __

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*

   ❑ Chapter 7
   ❑ Chapter 9
   ■ Chapter 11. *Check **all** that apply*:

   ❑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ❑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ❑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ❑ A plan is being filed with this petition.

   ❑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ❑ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ❑ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ❑ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ■ No
   ❑ Yes. District _____ When _____ Case number _____
                                          MM / DD / YYYY
           District _____ When _____ Case number _____
                                          MM / DD / YYYY

Official Form 201            Voluntary Petition for Non-Individuals Filing for Bankruptcy            page **2**

Debtor  **QT Hau LLC**
Name

Case number (*if known*)_____

| | |
|---|---|
| 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? List all cases. If more than 1, attach a separate list. | ■ No <br> ☐ Yes. Debtor _____ Relationship _____ <br> District _____ When ___ / ___ / _____ <br> MM / DD / YYYY <br> Case number, if known _____ |
| 11. Why is the case filed in *this district*? | Check all that apply: <br> ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. <br> ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| 12. Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ■ No <br> ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. <br> **Why does the property need immediate attention?** (*Check all that apply*.) <br> ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. <br> What is the hazard? _____ <br> ☐ It needs to be physically secured or protected from the weather. <br> ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). <br> ☐ Other _____ <br><br> **Where is the property?** _____ <br> Number    Street <br> _____ <br> City                State ZIP Code <br><br> **Is the property insured?** <br> ☐ No <br> ☐ Yes. Insurance agency _____ <br> Contact name _____ <br> Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| 13. Debtor's estimation of available funds | Check one: <br> ☐ Funds will be available for distribution to unsecured creditors. <br> ■ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| 14. Estimated number of creditors | ■ 1-49          ☐ 1,000-5,000          ☐ 25,001-50,000 <br> ☐ 50-99        ☐ 5,001-10,000        ☐ 50,001-100,000 <br> ☐ 100-199     ☐ 10,001-25,000       ☐ More than 100,000 <br> ☐ 200-999 |

Official Form 201                    Voluntary Petition for Non-Individuals Filing for Bankruptcy                    page 3

Debtor  **QT Hau LLC**
_____
Name

Case number (if known)_____

| | | | |
|---|---|---|---|
| **15. Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ■ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ■ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **05/28/2025**
MM / DD / YYYY

X _/s/ signature_____
Signature of authorized representative of debtor

Printed name: **Thy Vo**

Title: **Manager**

**18. Signature of attorney**

X **/s/ David S. Musgrave**
Signature of attorney for debtor

Date **05/28/2025**
MM / DD / YYYY

Printed name: **David S. Musgrave**

Firm name: **Gordon Feinblatt LLC**

**1001 Fleet Street, Suite 700**
Number    Street

**Baltimore**      **MD**    **21202**
City          State    ZIP Code

**(410) 576-4194**
Contact phone

**dmusgrave@gfrlaw.com**
Email address

**0166**
Bar number

**MD**
State

Official Form 201     Voluntary Petition for Non-Individuals Filing for Bankruptcy     page 4

**Fill in this information to identify the case and this filing:**

Debtor Name: **QT Hau LLC**

United States Bankruptcy Court for the: **District of Maryland**

Case number (If known): _____

---

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **05/28/2025**
MM / DD / YYYY

X _____
Signature of individual signing on behalf of debtor

**Thy Vo**
Printed name

**Manager/Member**
Position or relationship to debtor

Official Form 202    Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case and this filing:**

Debtor Name: **QT Hau LLC**

United States Bankruptcy Court for the: **District of Maryland**

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **05/28/2025**
MM / DD / YYYY

X _____
Signature of individual signing on behalf of debtor

**Thy Vo**
Printed name

**Manager/Member**
Position or relationship to debtor

Official Form 202         Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor name __QT Hau LLC_____

United States Bankruptcy Court for the: ____**District of Maryland**_____

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | OpenBank<br>1000 Wilshire Blvd., Suite 500<br>Los Angeles, CA 90017 | | Bank loan | Disputed | $3,412,253.30 | $3,150,000.00 | $262,253.30 |
| 2 | Erie Insurance Group<br>100 Erie Insurance Place<br>Erie, PA 16530 | | insurance | | | | $14,000 |
| 3 | City of Baltimore<br>Bureau of Revenue Collections<br>P.O. Box 17535<br>Baltimore, MD 21297 | | taxes | | | | $60,000 |
| 4 | Global Community Connection, Inc.<br>4201 Pleasant Valley Rd<br>Chantilly, VA 20151 | | property management | | | | $22,000 |
| 5 | AM Construction Group LLC<br>902 Chariot Rd<br>Reisterstown, MD 21136 | | services | | | | $13,000 |
| 6 | LUX Nail Spa & Hair Salon LLC<br>421 E 33rd Street<br>Baltimore, MD 21218 | | loan | | | | $75,000 |
| 7 | | | | | | | |
| 8 | | | | | | | |

Debtor _____   Case number (*if known*)_____
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

# United States Bankruptcy Court
## District of Maryland

In re **QT Hau LLC**
Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Thy Vo<br>625 Long Wall Drive<br>Reisterstown, MD 21136 | | | 50% Membership Interest |
| Quyen Vihn Hau<br>625 Long Wall Drive<br>Reisterstown, MD 21136 | | | 50% Membership Interest |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the limited liability company named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **May 28, 2025**      Signature **/s/ Thy Vo**
                                    **Thy Vo**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

United States Bankruptcy Court
District of Maryland

In Re:                                                        Case Number:

          Debtor(s)                                        Chapter:

## VERIFICATION OF CREDITOR MATRIX

I, the Manager of the limited liability company named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:                                     Signature of Debtor(s):

OpenBank
1000 Wilshire Blvd., Suite 500
Los Angeles, CA 90017

City of Baltimore
200 Holiday Street
Attn: Property Tax
Baltimore, MD 21202

Erie Insurance Group
100 Erie Insurance Place
Erie, PA 16530

City of Baltimore
Bureau of Revenue Collections
P.O. Box 17535
Baltimore, MD 21297

Comptroller of Maryland
7 St. Paul Street
Baltimore, MD 21201

Internal Revenue Serve
Centralized Insolvency Operation
P.O. Box 7346

Global Community Connection, Inc.
4201 Pleasant Valley Rd
Chantilly, VA 20151

AM Construction Group LLC
902 Chariot Rd
Reisterstown, MD 21136

LUX Nail Spa & Hair Salon LLC
421 E 33rd Street
Baltimore, MD 21218

GFRDOCS\63698\156757\11746874.v1-5/29/25

# United States Bankruptcy Court
## District of Maryland

In re  **QT Hau LLC**

Debtor(s)

Case No.

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **QT Hau LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 28, 2025**
Date

/s/ David S. Musgrave
**David S. Musgrave (Fed Bar No. 0166)**
Signature of Attorney or Litigant
Counsel for  **QT Hau LLC**
**Gordon Feinblatt LLC**
**1001 Fleet Street, Suite 700**
**Baltimore, MD 21202**
**Tel/Fax: (410) 576-4194**
**dmusgrave@gfrlaw.com**

# QT HAU LLC

## **RESOLUTION**

On May 28, 2025, by unanimous consent of the Members of QT Hau LLC (the "Company"), the following resolutions were passed:

WHEREAS, it is in the best interest of the Company to file a voluntary petition in the United Stated Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code");

NOW THEREFORE BE IT RESOLVED, that the filing of the Company of a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Maryland, or such other appropriate venue (the "Bankruptcy Court") be, and hereby is, authorized and approved; and

RESOLVED FURTHER, that Thy Vo, Manager of this Company (the "Manager"), is authorized and empowered to execute and verify a petition for relief under chapter 11 of the Bankruptcy Code and to cause the same to be filed with the Bankruptcy Court;

RESOLVED FURTHER, that the Manager, and such other agent(s) as the Manager and/or Members of the Company shall from time to time designate (each, a "Representative"), are authorized to execute and file on behalf of the Company all petitions, schedules, lists, documents, pleadings, and other papers and to take any and all action that they may deem necessary or proper in connection with the bankruptcy case of the Company, and

RESOLVED FURTHER, that each Representative is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company and to otherwise do and perform all acts and deeds to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case; and

RESOLVED FURTHER, that each Representative is directed to employ Gordon Feinblatt LLC to represent the Company in such bankruptcy case and authorized to retain such other professionals as they deem necessary and appropriate to represent, assist, or advise the Company during the bankruptcy case; and

RESOLVED FURTHER, that all acts lawfully done or actions lawfully taken by any and each Representative, which are necessary to effectuate the intent of the resolutions adopted herein, are ratified, confirmed, and approved in all respects.

_____(SEAL)
Thy Vo, Manager/Member

_____(SEAL)
Quyen Vinh Hau, Member

156757\11746610.v1